DEBORAH B. WEISER

VERSUS

ELIZABETH W. CASTILLE

NO. 24-C-592

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

December 11, 2024

Linda Wiseman
First Deputy Clerk

IN RE DEBORAH B. WEISER

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LEE V. FAULKNER, JR., DIVISION "P", NUMBER 782-693, 756-148 C/W 784-323

Panel composed of Judges Jude G. Gravois,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT DISMISSED**

Relator, Deborah B. Weiser, seeks this Court's supervisory review of the trial court's judgment of October 9, 2024, which awarded sanctions in favor of Elizabeth Castille and against relator.

Upon review, we find that the judgment complained of is a final judgment per La. C.C.P. art. 1915(A)(6), which provides:

> A. A final judgment may be rendered and signed by the court, even though it may not grant the successful party or parties all of the relief prayed for, or may not adjudicate all of the issues in the case, when the court:
>
> ***
>
> (6) Imposes sanctions or disciplinary action pursuant to Article 191, 863, or 864 or Code of Evidence Article 510(G).

Thus, this Court does not have supervisory jurisdiction to review this final judgment.

Relator filed a notice of intent to file an appeal from the "final judgment" in the 24th Judicial District Court on November 6, 2024. The district court's order of

November 8, 2024, granted the appeal "in accordance with La. C.C.P. art. 2083 and 2123."

Thus, it appears that relator's intent was to file an appeal, and that the district court granted the appeal. The Clerk of Court for the 24th Judicial District Court should proceed to process the district court's order of November 8, 2024 as an appeal.

Accordingly, this writ application is dismissed.

Gretna, Louisiana, this 11th day of December, 2024.

**SUS**
**JGG**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY <u>12/11/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-592**

### <u>E-NOTIFIED</u>
24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Stephen D. Marx (Respondent)

### <u>MAILED</u>
Deborah B. Weiser  (Relator)
In Proper Person
1544 Claire Avenue
Gretna, LA 70053